

To whom it may concern

Please be advised that the databases and leads sold by Meridian Leads are not exclusive to our customers. Meridian Leads procures public record data from over 3100 counties nationwide. The info we compile includes lists of business owners who have utilized business loan products in the past. Meridian Leads resells that information in a user friendly format to our clients. The data we sell is not exclusive to any of our clients. We have never claimed or offered any client exclusivity to this data. In addition, even if we wanted to make them exclusive, all the information is readily available through public records, and we cannot control who accesses publicly available info.

If you have any questions., let me know

Bob Squiers
President
Meridian Leads
bob@meridianleads.com
954-773-9399

.

601 S Federal Hwy # 303   Boca Raton, FL 33432
www.MeridianLeads.com