

**Nick**
7328227894

> As discussed I'll even it out
>
> MMS
> 10:28 PM

Thursday, October 22, 2020

> You transfered the wrong amount, yours is 15733 in bulk some. I'm doing line by line transfers

> Transfer another 6250 to you should even total and leave 991.53 in account if you wish but I rather we zero it out and even it out.

> Transfer 6,745.76 to will even out the remains 991.53 divided by 2
>
> 7:33 AM

**Nick**
7328227894

> September?
> 5:27 PM

> I just equalized the 4K for each of us against what Jerry transfered today. The rate of attrition is about 5K a week per person rounded to nearest dollar
> 5:28 PM

> Doing a final verification with squires before placing order. Make sure he doesn't pull a fast one. Did u ever discuss price with him? These are what 1cent leads?
> 5:33 PM

> Please don't put more money into the Dialer



**Nick**
7328227894

**Forward me the link from Craigslist**
2:24 PM

**Why would any team win coin toss and defer the ball?**
5:11 PM

**I am surprised the bills didn't up last Monday like they decided to play in the rain today**
6:15 PM

**I didn't check the bank today. Move another 1000 a piece and put Nick Dues and Larrys Dues per transaction in the memo section**
7:40 PM

**Thanks**
8:31 PM

**Does the total take**

**Nick**
7328227894

**Also moving 18233 of my dues from our psf account to keep things cleaner. I don't want to sit every day and do micro accounting. Let's each take our dues out of there proportionately. If you wish to as well**
6:05 PM

I have Jerry taking 18233 with today's included

Sounds about right. I got it all written down.

I see you did only 1 transfer for 2500. So everything we are talking is after Sba funds

Yes

You have 15733 due to you I have 18233 due to me.

But he took a third of whatever closings we had

I've attributed total withdrawals and total electronic transfers