http://www.gpsindustries.com/ [Go]  DEC **JUN** JUL
◀ **06** ▶
**247 captures**  2016 **2017** 2018
22 Sep 2002 – 23 Oct 2020

(http://web.archive.org/web/20170606083009/http://www.gpsindustries.com/)

HOME
SOLUTIONS (HTTP://WEB.ARCHIVE.ORG/WEB/20170606083009/HTTP://WWW.GPSINDUSTRIES.COM/SOLUTIONS/)
TESTIMONIALS (HTTP://WEB.ARCHIVE.ORG/WEB/20170606083009/HTTP://WWW.GPSINDUSTRIES.COM/TESTIMONIALS/)
ABOUT US (HTTP://WEB.ARCHIVE.ORG/WEB/20170606083009/HTTP://WWW.GPSINDUSTRIES.COM/ABOUT-US/)
CONTACT (HTTP://WEB.ARCHIVE.ORG/WEB/20170606083009/HTTP://WWW.GPSINDUSTRIES.COM/CONTACT/)

# Telematics.
# Worldwide.

World wide leader in telematics connecting over 60,000 vehicles in over 50 countries.



GPSi™, with offices in Sarasota, FL, Austin, TX, the UK, Sydney, AU and Hong Kong, is a leading provider of cloud-based telematics solutions, tracking more than 60,000 connected vehicles in over 50 countries. GPSi develops custom software solutions for fleet managers in various industries, from luxury motorcoaches to golf cars to school buses. GPSi's intuitive software provides operators the information they need at their fingertips – and with 24/7/365 U.S.-based customer support, a global field service organization and zero third party contractors, GPSi is dedicated to delivering the best customer service in the industry. **Connect™ with GPSi today to schedule a demo! (http://web.archive.org/web/20170606083009/mailto:sales@gpsindustries.com?subject=Schedule%20a%20Demo!)**



SOLUTIONS



TESTIMONIALS

http://www.gpsindustries.com/    Go    DEC JUN JUL
                                        ◀ 06 ▶
247 captures                            2016 2017 2018
22 Sep 2002 – 23 Oct 2020                         ▼ About this capture




## CONNECT WITH US



(http://web.archive.org/web/20170606083009/https://twitter.com/gpsicoach)



(http://web.archive.org/web/20170606083009/https://www.facebook.com/gpsicoach)

Privacy Policy (http://web.archive.org/web/20170606083009/http://visagehelp.com/public/GPS%20Privacy%20Policy.pdf)

GPS Industries

http://www.gpsindustries.com/ | Go

247 captures
22 Sep 2002 – 23 Oct 2020

DEC **JUN** JUL
◀ **06** ▶
2016 **2017** 2018

About this capture