UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREEDOM FUNDING GROUP, INC.<br><br>    Plaintiff/Counterclaim Defendant,<br><br>vs.<br><br>THE FREEDOM FUNDINGGROUP, L.L.C. et al.<br><br>    Defendants; | Case No. 3:20-cv-18404 (BRM)(ZNQ) |
| GERALD A. FIRESTONE and LAWRENCE GORDON,<br><br>    Counterclaimants/Third-Party Plaintiffs<br><br>v.<br><br>NERSES KHACHATRYAN and OLGA GOROVITS,<br><br>    Third-Party Defendants. | **CERTIFICATE OF SERVICE** |

The within documents to which this certificate is attached were served by CM/ECF on all counsel of record on the below date.

                                              **LANCIANO & ASSOCIATES, LLC**
                                              *Counsel for Defendants*

                                              By:_____
                                                 Larry E. Hardcastle, II, Esq.

Dated: June 15, 2021