July 19, 2021

To whom it may concern,

   I Lawrence Gordon and Gerald Firestone were just notified today of a scheduled hearing for Case No.3:20-cv-18404(ZNQ)(DEA) on Wednesday July 21, 2021. We would like to be able to have a conference call instead of an in person Hearing due to being of a High Risk age and medical conditions for the Covid Delta Variant. All considerations would be greatly appreciated. Thanking you in advance.