**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**FREEDOM FUNDING GROUP, INC.**,

           Plaintiff,

           v.

**THE FREEDOM FUNDINGGROUP L.L.C.** *agent of* THE FREEDOM FUNDING GROUP, *et al.*,

           Defendants.

Civil Action No. 20-18404 (ZNQ) (DEA)

**ORDER**

**QURAISHI, District Judge**

This matter comes before the Court upon a review of its docket. Plaintiff filed its Verified Complaint on December 7, 2020, and Defendants Gordon and Firestone filed a responsive pleading with counterclaims and third-party claims on June 15, 2021. (ECF Nos. 1, 25.) Shortly thereafter, counsel withdrew from representing Defendants The Freedom FundingGroup, LLC ("Defendant Freedom"), Plaza Funding Group, LLC ("Defendant Plaza"), Gerald A. Firestone, and Lawrence Gordon (collectively, Defendants). (*See* ECF No. 29.) Since then, Defendants have not retained new counsel.

Recently, the Court granted in part and denied in part an unopposed Summary Judgment Motion filed by Plaintiff Freedom Funding Group, Inc. (ECF No. 58.) The Court also denied as moot Defendant Firestone's Motion to Dismiss. (*Id.*) At this juncture, there are still claims remaining against Defendants Gordon and Firestone, along with counterclaims and third-party claims. The parties will be directed to advise the Court on their proposal for how this case should proceed, if at all. Accordingly,

**IT IS** on this **26th** day of **August 2022 ORDERED** that:

1. The parties shall meet and confer and submit, no later than **September 9, 2022**, a joint status report and proposed schedule for how this case should proceed; and

2. Failure to comply with this Order may result in dismissal pursuant to Federal Rule of Civil Procedure 41(b).

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**