UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:                                   Docket No.: 3:20-CV-18404

   (Plaintiff)                                                             Judge: Zahid N. Quraishi
Freedom Funding Group Inc
  v.                                                                           **Notice of Appeal to the**
                                                                             **U.S. Court of Appeals for the**
   (Defendant)                                                          **Third Circuit**
Gerald Firestone
Lawrence Gordon

Notice is hereby given that ___Gerald Firestone, Lawrence Gordon___
                                             (Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[ x ] Judgment, [ ] Order, [ ] Other _____
                                                    (Specify)
of the United States District Court, District of New Jersey, entered in this action on

___08/26/2022___.
(Date)


Dated: 09/19/2022                                          ___Gerald firestone___
                                                                                  Appellant

                                                                              43 Lakeland Drive
                                                                              Street

                                                                              Port Monmouth NJ 07758
                                                                              City, State, Zip

                                                                              862-684-1922
                                                                              Telephone