

Park 80 West-Plaza One     (201) 845-9600 Main
250 Pehle Avenue     (201) 845-9423 Fax
Suite 401
Saddle Brook, NJ 07663

*Attorneys at Law*                                                       njlawfirm.com

Walter M. Luers, Esq.
wml@njlawfirm.com

February 16, 2023

**Via CM/ECF**
Hon. Douglas E. Arpert, U.S.M.J.
United States District Court for the
District of New Jersey
Clarkson S. Fisher Building &
U.S. Courthouse
402 East Street
Trenton, New Jersey 08608

         Re:    *Freedom Funding Group, Inc. v. The Freedom FundingGroup L.L.C., et al.*
               **Our File No. 40685-0**
               **Docket No. 3:20-cv-18404-ZNQ-DEA**

Dear Judge Arpert:

     We represent Plaintiff Freedom Funding Group, Inc. and Third-Party Defendant Nerses Khachatryan in the above-referenced action. On January 23, 2023, the Court conducted a pre-trial conference in this case. According to my file, three issues remained open at that time.

     First, the parties were to execute and file a consent order for the case to be tried by Your Honor. We transmitted the executed consent order this morning to Chambers' email address for the submission of orders.

     Second, we were to advise the Court regarding whether there was a dispute regarding whether New Jersey or Florida law was to be applied to Defendants' counterclaims regarding the corporate ownership of Plaintiff Freedom Funding Group, Inc. Plaintiff's position is New Jersey law should be applied; Defendants have advised us that they have no position regarding whether Florida or New Jersey law should be applied. Therefore, in our view, there is no dispute that New Jersey law should be applied to Defendants' counterclaims, and therefore the issue does not have to be briefed.

**COHN LIFLAND PEARLMAN HERRMANN & KNOPF LLP**
COUNSELLORS AT LAW
February 16, 2023
Page 2

    Third, in the most recent iteration of the final pre-trial order, Plaintiff noted their objection to Defendants proposed witnesses on liability and damages because Defendants have not provided summaries of their testimony.  According to my notes, at the January 23 conference, the Court set a deadline of February 6, 2023 for those summaries to be provided.  As of the filing of this letter, we have not received the summaries and we are not aware of the filing of any summaries.

    We have raised this issue with Defendants, who today advised us that the summaries will be filed by February 20, 2023.  We will set a calendar reminder for Friday, February 24, 2023 to check whether Defendants have served or filed summaries of the testimony of their witnesses.  If that information has not been served or filed by that time, and unless directed to do otherwise by the Court, we intend to request relief from the Court.  Of course, we hope that will not be necessary and that the summaries will be filed shortly.

    We are available to discuss the foregoing at the convenience of the Court.

                                Respectfully submitted,

                                /s/ Walter M. Luers

                                Walter M. Luers, Esq.

cc:   Lawrence Gordon, *pro se* (via CM/ECF and email)
       Gerald Firestone, *pro se* (via CM/ECF and email)