# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## MINUTES OF PROCEEDINGS

**OFFICE: TRENTON**  **DATE: February 1, 2024**
**MAGISTRATE JUDGE DOUGLAS E. ARPERT**
**COURT REPORTER: Digitally recorded (AT&T)**

**TITLE OF CASE:**  **CIVIL 20-18404(ZNQ)**

FREEDOM FUNDING GROUP, INC.
V.
THE FREEDOM FUNDINGGROUP L.L.C. et al

**APPEARANCES:**
Anna Freydin, Esq., proposed counsel for plaintiff
Nerses (Nick) Khachatryan, plaintiff
Gerald Firestone and Lawrence Gordon, defendants pro se

**NATURE OF PROCEEDINGS:**

Telephone status conference held.

**TIME COMMENCED: 9:30am**
**TIME ADJOURNED:   9:50am**
**TOTAL TIME:       20 minutes**

s/Elizabeth Beres
**Deputy Clerk**