| | |
|---|---|
| From: | Larry Gordon <lgordon1626@gmail.com> |
| Sent: | Monday, July 8, 2024 3:53 PM |
| To: | NJDdb_ORDERS_Singh; NJD-HelpDesk; Zakarin, Benjamin R.; Nick; sfleischer@barclaydamon.com; Jerry |
| Subject: | Case No. 3:20-cv-18404 |

CAUTION - EXTERNAL:

Hon. Rukhsanah L. Singh

United States Magistrate Judge

U.S. District Court for the District of New Jersey 402 East State Street

Room 2020

Trenton, New Jersey 08608

Re: Freedom Funding Group, Inc. v. The Freedom Funding Group L.L.C., et al., Case No. 3:20-cv-18404 - Request to Rule on ECF No. 66 in order to proceed on joint status letter

Good morning Judge Singh:

After speaking with Benjamin R Zakarin of Barclay Damon on 6/14 (due on the 17th) about the Joint Status Letter. He suggested we do it on the 17th. Upon calling him on the 17th, he informed me that he and his Firm would no longer be representing Nerses Khachatryan. This will be the 3rd Lawyer that terminated their relationship to the case.

In the 4 years since this case began, it was Nerses that has complied with stalling and adjourning the Trial with medical excuses, not paying his original Lawyer after 3 years on the case, hiring another Lawyer that was not licensed from what we were told and now the 3rd Lawyer for whatever reason. This is not "normal"

Regarding draining his resources (money), we were forced to terminate our Lawyer due to lack of money. It is my understanding that an Individual can not represent a Corporation (again, another stall tactic).

We would like to stop wasting the Court's time and have this frivolous case dismissed or brought to Trial immediately.

Respectfully,

Lawrence Gordon

Gerald Firestone

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.