# **EXHIBIT A**

**Zakarin, Benjamin R.**

| | |
|---|---|
| **From:** | Zakarin, Benjamin R. |
| **Sent:** | Monday, April 22, 2024 4:23 PM |
| **To:** | Nick Khach |
| **Cc:** | Fleischer, Scott L. |
| **Subject:** | Case Reinstated - Activity in Case 3:20-cv-18404-RLS FREEDOM FUNDING GROUP, INC. v. THE FREEDOM FUNDINGGROUP L.L.C. et al Order [IMAN-ACTIVE.FID3272428] |

Dear Nick,

Please see below the District of New Jersey's order **reinstating** Freedom Funding Group's litigation. As a reminder, **the issuance of that Order constitutes the conclusion of our limited-scope engagement**. It has been a pleasure working with you. Should you wish to further engage Barclay Damon to handle this matter on your behalf, kindly advise and we will endeavor to hammer out a new engagement agreement and retainer payment that will be required to represent you and your company in this matter.

Have a pleasant afternoon.

Best regards,

Ben Zakarin

**Benjamin R. Zakarin**- Associate
New York City   (212) 784-5820   (646) 265-5703

**From:** njdefiling@njd.uscourts.gov
**Sent:** Thursday, April 18, 2024 2:36 PM
**To:** njdefiling@njd.uscourts.gov
**Subject:** Activity in Case 3:20-cv-18404-RLS FREEDOM FUNDING GROUP, INC. v. THE FREEDOM FUNDINGGROUP L.L.C. et al Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of New Jersey [LIVE]**

**Notice of Electronic Filing**

The following transaction was entered on 4/18/2024 at 2:35 PM EDT and filed on 4/18/2024
**Case Name:** FREEDOM FUNDING GROUP, INC. v. THE FREEDOM FUNDINGGROUP L.L.C. et al
**Case Number:** [3:20-cv-18404-RLS](#)
**Filer:**
**WARNING: CASE CLOSED on 02/29/2024**
**Document Number:** 108(No document attached)

**Docket Text:**
**TEXT ORDER: The Clerk of Court is directed to administratively RE-OPEN this matter and restore it to the active docket. *A copy of this Text Order has been sent to Larry Gordon and Gerald Firestone via email. So Ordered by Magistrate Judge Rukhsanah L. Singh on 4/18/2024. (mm)**


**3:20-cv-18404-RLS Notice has been electronically mailed to:**

BENJAMIN REED ZAKARIN [bzakarin@barclaydamon.com](mailto:bzakarin@barclaydamon.com), [benjamin.zakarin@gmail.com](mailto:benjamin.zakarin@gmail.com), [misaac@barclaydamon.com](mailto:misaac@barclaydamon.com)

**3:20-cv-18404-RLS Notice has been sent by regular U.S. Mail:**

GERALD A FIRESTONE
43 LAKELAND DRIVE
PORT MONMOUTH, NJ 07758

LAWRENCE GORDON
2049 EAST 72ND STREET
BROOKLYN, NY 11234

NERSES KHACHATRYAN