# EXHIBIT B

# BARCLAY DAMON LLP

**Scott L. Fleischer**
*Partner*

June 11, 2024

**VIA ELECTRONIC MAIL ONLY** *(nick@freedomfundinggroup.org)*

Freedom Funding Group, Inc.
Attn: Nerses Khachatryan
1451 W. Cypress Creek Road, Suite 300
Ft. Lauderdale, FL 33309

      Re:    <u>Application for reinstatement of Civil Action No. 20-18404 (ZNQ) (DEA)</u>

Dear Nick:

      The work that you retained us to do in the above referenced matter has been completed and we are closing our file at this time. Thank you for engaging Barclay Damon, LLP to assist you on this matter.

      It is important for you to know that we are not expecting to do any further work on this matter. If you feel that additional work may be necessary, please contact us.

      As our work for you has concluded, we will be transferring your remaining file to our storage facility, unless you request otherwise. We will keep this file for a period of ten (10) years from the date of closure, at which point in time the file will be destroyed through a procedure which retains the confidentiality of contents of the same. We will not be reminding you of this destruction schedule.

      It has been a pleasure working with you and we look forward to future opportunities to serve you.

                                             Very truly yours,

                                             Scott L. Fleischer

SLF:dsm

1270 Avenue of the Americas - Suite 501 - New York, New York 10020  barclaydamon.com
sfleischer@barclaydamon.com  Direct: (212) 784-5810  Fax: (212) 784-5799
28422684.1