*Freedom Funding Group*
August 18, 2025

**VIA ADS**

Hon. Justin T. Quinn
United States Magistrate Judge
U.S. District Court for the District of New Jersey 402 East State Street
Room 6W
Trenton, New Jersey 08608

Re: <u>Freedom Funding Group, Inc. v. The Freedom Fundinggroup L.L.C., et al., Case No. 3:20-cv-18404 - Requesting link for virtual appearance</u>

<u>Dear Judge Quinn:</u>

I am the principal of Plaintiff Freedom Funding Group, Inc., and I am formally requesting a link to appear virtually on Aug 21, 2025 in courtroom 6W. Your Honor has directed in person appearances on that date for the purposes of allowing my counsel of record to withdraw from representing me on this matter. I do not have any objection to my counsel of records' request, and request that I be allowed to appear virtually to provide any and all authorization required. Appearing in-person would be very difficult for me because traveling to New Jersey only for this hearing would be cost prohibitive, and would require that I take time away from caring for my ill family member in the country of Georgia. On the other hand, there is no harm to any parties involved if I were allowed to appear virtually. My prior counsel is aware of my request and they have no objection.

I am not formally objecting to the request sought by prior counsel to withdraw representation.

If my request is formally accepted, I respectfully request a notification link to be provided to this email address (nick@freedomfundinggroup.org).

I thank the court for its anticipated courtesies in this matter.

Respectfully submitted,

N. Khachatryan
Principal for Plaintiff Freedom Funding Group, Inc.
1451 W Cypress Creek Rd. Ste 300
Ft. Lauderdale, FL, 33309
(888) 788-7484
info@freedomfundinggroup.org