*Freedom Funding Group*
September 22, 2025

**VIA ADS**

Hon. Justin T. Quinn
United States Magistrate Judge
U.S. District Court for the District of New Jersey 402 East State Street
Room 6W
Trenton, New Jersey 08608

Re: Freedom Funding Group, Inc. v. The Freedom Fundinggroup L.L.C., et al., Case No. <u>3:20-cv-18404 - necessity for virtual appearance</u>

<u>Dear Judge Quinn:</u>

I am requesting a virtual link for the September 24, 2025 hearing for this matter because I am across the world in Europe and it will be cost prohibitive for me to make the trip for a physical appearance especially because I am consenting to the relief counsel is seeking: to be relieved from the case as my attorney.

The cost of time and money to make this trip from the country of Georgia to New Jersey would take me away from familial responsibilities, and it is cost prohibitive as my travel and stay accommodations would be in excess of $5,000.00 for this hearing. There would also be the matter of hiring a caretaker for my elderly family while I am away, in order to tend to their medical needs in the meantime, which would drive up the expense of this trip.

Because of these reasons, I respectfully request a virtual link for my attendance at 2:00 PM for the September 24, 2025 hearing, particularly as I am consenting to the relief sought in my attorney's application to be relieved.

If my request is formally accepted, I respectfully request a notification link to be provided to this email address (nick@freedomfundinggroup.org).

I thank the court for its anticipated courtesies in this matter.

Respectfully submitted,

N. Khachatryan
Principal for Plaintiff Freedom Funding Group, Inc.
1451 W Cypress Creek Rd. Ste 300
Ft. Lauderdale, FL, 33309
(888) 788-7484
info@freedomfundinggroup.org