<table>
<tr><td>

**FREEDOM FUNDING GROUP, INC.,**

       **Plaintiff,**

   **v.**

**THE FREEDOM FUNDING GROUP L.L.C., et al.,**

      **Defendants.**

</td><td>

**UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**

**Civil Action No. 20-18404 (JTQ)**

**ORDER**

</td></tr>
</table>

**THIS MATTER** having come before the Court on a motion filed by Barclay Damon LLP, seeking to withdraw as counsel for Plaintiff (ECF No. 122); and the Court having heard argument from counsel, as well as commentary from the respective parties themselves; and the Court having issued a decision denying counsel's motion on the record, identifying the specific reasons for the denial; Accordingly,

     **IT IS on this 29th day of September 2025, ORDERED that:**

Barclay Damon LLP's motion to withdraw is denied. The Clerk of Court is directed to terminate ECF No. 122.

**SO ORDERED.**

                               s/ Justin T. Quinn
                               **JUSTIN T. QUINN**
                               **United States Magistrate Judge**