NOTICE OF JOINDER IN DEFENDANT FIRESTONE'S PROPOSED JURY INSTRUCTIONS

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

Freedom Funding Group, Inc., Plaintiff,

v.

The Freedom Funding Group LLC, Plaza Funding Group LLC, Gerald A. Firestone, and Lawrence Gordon, Defendants.

Civil Action No. 3:20-cv-18404 (JTQ)

NOTICE OF JOINDER

Defendant Lawrence Gordon, appearing pro se, hereby gives notice that he joins in and adopts the proposed jury instructions previously submitted by Defendant Gerald A. Firestone, including the proposed instruction concerning the claim for conversion.

Defendant Gordon respectfully requests that the Court consider those jury instructions as jointly submitted by both individual Defendants.

Respectfully submitted,

Lawrence Gordon, Pro Se

Dated: February 24, 2026