# B A R C L A Y   D A M O N LLP

**Benjamin R. Zakarin**
*Counsel*

May 13, 2026

**VIA ECF**

Elizabeth Beres, Courtroom Deputy
United States District Court
District Court of New Jersey
Clarkson S. Fisher Building
402 East State Street, Room 6W
Trenton, NJ 08608

> Re: Freedom Funding Group, Inc. v. The Freedom Fundinggroup LLC, et al.
> Case No.: 3:20-cv-18404-JTQ
> Request for Courtroom Technology

Dear Ms. Beres:

Counsel for Plaintiff respectfully writes to request permission to utilize the court's audiovisual equipment during the upcoming trial scheduled for May 19, 2026.

Specifically, counsel seeks to use the court's mobile laptop cart equipped with an LCD projector and an automatic projection screen, or a 52" LCD TV, if it has the capabilities to connect to and display exhibits from a laptop. This technology will be used for the sole purpose of displaying admitted exhibits to the Court and jury members in a clear and efficient manner. The proposed equipment will be used only to present documentary and photographic exhibits that are otherwise properly admitted into evidence.

Thank you for your attention to this matter.

Respectfully submitted,

Benjamin R. Zakarin, Esq.
*Counsel to Plaintiff, Freedom Funding
Group, Inc.*

BRZ: KB

1270 Avenue of the Americas - Suite 2310 - New York, New York 10020 barclaydamon.com
bzakarin@barclaydamon.com  Direct: (212) 784-5820  Fax: (212) 784-5766
Also Admitted to New Jersey and District of Columbia