## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| FREEDOM FUNDING GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> THE FREEDOM FUNDING GROUP L.L.C. d/b/a THE FREEDOM FUNDING GROUP, PLAZA FUNDING GROUP L.L.C., GERALD A. FIRESTONE, and LAWRENCE GORDON, <br><br> Defendants. | Civ. No. 20-18404 (JTQ) |

## JURY VERDICT FORM



RECEIVED

MAY 21 2026

AT 8:30 145 PM
CLERK, U.S. DISTRICT COURT - DNJ

16

50661709.1

## Jury Verdict Form

### Claim 2: Lanham Act Section 43(a) - False Designation of Origin/Unfair Competition
Question 1

What amount of compensatory damages, that is, damages resulting from harm caused by defendant's wrongful actions, if any, has Plaintiff proven by a preponderance of the evidence were proximately caused by Defendant's unlawful conduct?
$ 75,000

Question 2

What amount of Defendant's profits, if any, has Plaintiff proven by a preponderance of the evidence are attributable to Defendant's unlawful conduct?
$ 0

Question 3

If you awarded Defendant's profits, what percentage of those profits do you find is attributable to the conduct you found unlawful (as opposed to other factors)?
0 %

### Claim 6: Violation of New Jersey Trademark Statute
Question 4

What amount of compensatory damages, that is, damages resulting from harm caused by defendant's wrongful actions, if any, has Plaintiff proven by a preponderance of the evidence were proximately caused by Defendant's unlawful conduct?
$ 75,000

Question 5

What amount of Defendant's profits, if any, has Plaintiff proven by a preponderance of the evidence are attributable to Defendant's unlawful conduct?
$ 0

Question 6

If you awarded Defendant's profits, what percentage of those profits do you find is attributable to the conduct you found unlawful (as opposed to other factors)?
0 %

17

**Claim 4: Common-Law Service Mark Infringement**
Question 7

What amount of compensatory damages, that is, damages resulting from harm caused by defendant's wrongful actions, if any, has Plaintiff proven by a preponderance of the evidence were proximately caused by Defendant's infringement?
$ 15,000

Question 8

What amount of Defendant's profits, if any, has Plaintiff proven by a preponderance of the evidence are attributable to Defendant's unlawful conduct?
$ 0

Question 9

If you awarded profits, what percentage of those profits do you find is attributable to the conduct you found unlawful (as opposed to other factors)?
0 %

---

**Claim 5: Common-Law Unfair Competition**
Question 10

What amount of compensatory damages, that is, damages resulting from harm caused by defendant's wrongful actions, if any, has Plaintiff proven by a preponderance of the evidence were caused by Defendant's unfair competition?
$ 15,000

Question 11

What amount of Defendant's profits, if any, has Plaintiff proven by a preponderance of the evidence are attributable to Defendant's unfair competition?
$ 0

Question 12

If you awarded profits, what percentage of those profits do you find is attributable to the conduct you found unlawful (as opposed to other factors)?
0 %

18

**Claim 7: New Jersey Unfair Competition Statute**
<u>Question 13</u>

What amount of compensatory damages, that is, damages resulting from harm caused by defendant's wrongful actions, if any, has Plaintiff proven by a preponderance of the evidence were caused by Defendant's unfair competition?
$ 75,000

<u>Question 14</u>

What amount of Defendant's profits, if any, has Plaintiff proven by a preponderance of the evidence are attributable to Defendant's unfair competition?
$ 0

<u>Question 15</u>

If you awarded profits, what percentage of those profits do you find is attributable to the conduct you found unlawful (as opposed to other factors)?
    0    %

---

**Claim 3: Anti-Cybersquatting Consumer Protection Act**
<u>Question 16</u>

What amount of actual damages, if any, has Plaintiff proven by a preponderance of the evidence were caused by Defendant's violation?
$ 0

**OR**

<u>Question 17</u>

As the court has found defendant Gordon liable for violation of the Anti-Cybersquatting Consumer Protection Act for defendant's use of plaintiff's domain name, state the amount of statutory damages you award (between $1,000 and $100,000 per domain name). In making your decision, you may evaluate the evidence of bad faith intent of the defendant, if any, the harm caused to the plaintiff, if any, and any mitigating or aggravating factors.

$ 100,000

---

19

**Claim 8: New Jersey Tortious Interference**

Question 18

What amount of compensatory damages, that is, damages resulting from harm caused by defendant's wrongful actions, if any, has Plaintiff proven by a preponderance of the evidence were proximately caused by Defendant's tortious interference?
$ 400,000

Question 19

What amount of Plaintiff's profits, if any, has Plaintiff proven by a preponderance of the evidence were lost due to Defendant's unfair competition?
$ 75,000

Question 20

If Plaintiff has proven by clear and convincing evidence that Defendant's conduct was actuated by actual malice or accompanied by a wanton and willful disregard of persons who foreseeably might be harmed, then Plaintiff should be awarded punitive damages.

Please note, the amount of punitive damages you may award is limited under the law to the greater of: 5x the award of compensatory damages for tortious interference, as determined in Question 18, or $350,000.00.

Determine the amount, if any, of punitive damages to be awarded, based on the likelihood of serious harm, Defendant's awareness or reckless disregard for any harm, Defendant's conduct upon hearing of harm, and the duration of any misconduct:

$ 350,000

---

**Claim 9 Misappropriation of Trade Secrets Under the New Jersey Trade Secrets Act**

Question 21

What amount of compensatory damages, that is, damages resulting from harm caused by Defendants' wrongful actions, if any, has Plaintiff proven by a preponderance of the evidence were proximately caused by Defendants' Misappropriation of Trade Secrets?
$ 25,000

20

Question 22

What amount of damages, if any, has Plaintiff proven by a preponderance of the evidence for Defendants' unjust enrichment caused by the misappropriation that is not included in Plaintiff's actual loss?

$ 0

Question 23

What amount, if any, do you award as a responsible royalty for Defendants' unauthorized disclosure or use of the trade secrets? In discerning this amount, consider the scope and nature of misappropriation.

$ 25,000

---

**Defendant Gordon's Counterclaim**

Question 24
Did Defendant Gordon prove by a preponderance of evidence that Gordon was a partial owner of Freedom Funding Group?

Yes _____ No __✓__

If you answered "Yes" to the above question, you should enter a verdict for Defendant. If you answered "No" to the above question, you should enter a verdict for Plaintiff.

---

**Defendant Firestone's Counterclaim**
Question 25
Did Defendant Firestone prove by a preponderance of evidence that Firestone was a partial owner of Freedom Funding Group?

Yes _____ No __✓__

If you answered "Yes" to the above question, you should enter a verdict for Defendant. If you answered "No" to the above question, you should enter a verdict for Plaintiff.

21