**UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| FREEDOM FUNDING GROUP, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THE FREEDOM FUNDING GROUP L.L.C. d/b/a THE FREEDOM FUNDING GROUP, PLAZA FUNDING GROUP L.L.C., GERALD A. FIRESTONE, and LAWRENCE GORDON,<br><br>Defendants. | Civ. No. 20-18404 (JTQ)<br>**PROPOSED ORDER** |

Plaintiff, FREEDOM FUNDING GROUP, INC. (hereinafter "Plaintiff") having received a Jury Verdict against defendants THE FREEDOM FUNDING GROUP L.L.C. d/b/a THE FREEDOM FUNDING GROUP (hereinafter "FFG"), PLAZA FUNDING GROUP L.L.C., GERALD A. FIRESTONE (hereinafter "Firestone") and LAWRENCE GORDON (hereinafter "Gordon", collectively, "Defendants"), and the Jury Verdict including a money judgment against Defendants for $1,350,000 total, and the Jury Verdict including a verdict for Plaintiff on Defendant Gordon and Defendant Firestone's Counterclaims; and

Plaintiff having submitted an attorney affirmation of Benjamin R. Zakarin, Esq., with supporting documents, as to the reasonable attorneys' fees sought by Plaintiff; and

This Jury, after due deliberation thereon, having considered all pleadings, filings, and the papers herein, enters a Verdict in Plaintiff's favor, it is hereby:

ORDERED that Plaintiff is entitled to a money judgment against Defendants, jointly and severally, in the amount of $1,350,000, plus statutory interest from the date the Jury Verdict is entered, and

1

50980435.1

ORDERED that the attorneys' fees sought by Plaintiff are reasonable and customary within the industry and Plaintiff is entitled to collect legal fees of $199,428.90; and it is further

ORDERED and ADJUDGED that the Clerk of the Court is directed to enter judgment, upon the submission of a separate judgment and bill of costs, in favor of Plaintiff FREEDOM FUNDING GROUP, INC., and against Defendant LAWRENCE GORDON as set forth below:

| AS TO DEFENDANT GORDON | | | |
|---|---|---|---|
| Count | Claim | Damages Awarded | Prejudgment Interest Thereon at 6.5% - N.J. R. 4:42-11 |
| II | Lanham Act § 43(a) | $75,000.00 | --------- |
| III | Anti-Cybersquatting Consumer Protection Act | $100,000.00 | --------- |
| IV | Common Law Service Mark Infringement | $75,000.00 | $26,592.00 |
| V | Common Law Unfair Competition | $75,000.00 | $26,592.00 |
| VI | New Jersey Trademark Statute | $75,000.00 | $26,592.00 |
| VII | New Jersey Unfair Competition | $75,000.00 | $26,592.00 |
| | Subtotals | $475,000.00 | $106,368.00 |
| | **Grand Total** | | **$581,368.00** |

ORDERED and ADJUDGED that the Clerk of the Court is directed to enter judgment, upon the submission of a separate judgment and bill of costs, in favor of Plaintiff FREEDOM FUNDING GROUP, INC., and against Defendants LAWRENCE GORDON and GERALD FIRESTONE for **$1,061,1444.00,** consisting of $875,000 in damages and pre-judgment interest in the amount of $186,144.00 thereon, as set forth below:

| AS TO DEFENDANTS GORDON AND FIRESTONE | | | |
|---|---|---|---|
| Count | Claim | Damages Awarded | Prejudgment Interest Thereon at 6.5% - N.J. R. 4:42-11 |

50980435.1

| II | New Jersey Tortious Interference | $475,000 (compensatory & lost profit) $350,000 (punitive) | $168,416.00 (excludes punitive damages) |
|----|----------------------------------|----------------------------------------------------------|-----------------------------------------|
| III | New Jersey Trade Secrets Statute | $50,000 | $17,728.00 |
| | Subtotals | $875,000.00 | $186,144.00 |
| | **Grand Total** | | **$1,061,1444.00** |

**plus** statutory interest from the date of entry of the Jury Verdict, as computed by the clerk in the amount of $_____, **together with legal fees of $199,428.90** for the total amount of $_____, and that the Plaintiff shall have execution therefor.

Dated: _____

ENTER,

_____

Hon. Justin T. Quinn, U.S.D.J.

3

50980435.1